HANNAH J. SUMMERILL, appellant,

*v.*

JOSEPH G. SUMMERILL, executor, &c., respondent.

[Argued March 24th, 1914.   Decided May 8th, 1914.]

On appeal from a decree of the court of chancery made by Chancellor Walker, whose opinion is reported *ante p. 3.*

*Messrs. Bleakly & Stockwell,* for the appellant.

*Messrs. French & Richards,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—9.

*For reversal*—None.